# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IN RE: LISA RENEE YANCEY,   Case No. 15-C-1194
                            Bankr. Case No. 09-37823

## DECISION AND ORDER

Lisa Yancey filed this appeal from her request for an order returning her house after a foreclosure sale. The bankruptcy judge summarily rejected this request as untimely. This appeal is **DISMISSED** for the same reason. Yancey is also fined $600. *See Yancey v. Milwaukee County, et al.*, Case No. 10-C-42, February 2, 2010 Order, at 10 (ordering that "for a period of ten years, Yancey shall be fined $100 for every frivolous document filed with the U.S. District Court for the Eastern District of Wisconsin, and $500 for every case she files in said court that is dismissed as frivolous, or for lack of subject matter jurisdiction, untimeliness, or failure to state a claim …").

Dated at Milwaukee, Wisconsin, this 14th day of October, 2015.

**SO ORDERED:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**