# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**IN RE: LISA RENEE YANCEY,**         Case No. 15-C-1194
                                      Bankr. Case No. 09-37823

## DECISION AND ORDER

Lisa Yancey moves to reconsider the Court's denial of her request to proceed *in forma pauperis* on appeal. Yancey may be poor, but her appeal is taken in bad faith. 28 U.S.C. § 1915(a)(3); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000) ("to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit").

Yancey's motion for reconsideration [ECF No. 12] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2016.

                              **SO ORDERED:**

                              *Rudolph T. Randa*
                              **HON. RUDOLPH T. RANDA**
                              **U.S. District Judge**